IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA DE LA CRUZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-2635 |
| | : | |
| CAROLYN W. COLVIN | : | |

## ORDER

**AND NOW**, this 28th day of January, 2015, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review, the defendant's response (Document No. 16), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Document No. 19), the Plaintiff's Objections to the Report and Recommendation (Document No. 20), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's Request for Review is **DENIED**.

                                                                  /s/Timothy J. Savage
                                                                  TIMOTHY J. SAVAGE,  J.